JS-6

1

2

3

4

5

6

7 **UNITED STATES COURT FOR THE**

8 **CENTRAL DISTRICT OF CALIFORNIA**

9

10 ORLANDO GARCIA,                          Case No.: CV 21-2758-GW-GJSx

11                        Plaintiff,        **ORDER ON ORDER TO SHOW CAUSE**
                                            **RE LACK OF PROSECUTION**
12 v.

13 BELL GARDENS HOSPITALITY,                Date:  September 30, 2021
   LLC, a California Limited Liability      Time: 8:30 a.m.
14 Company: and Does 1-10                   Courtroom: 9D, 9th Floor

15
                                            Hon. George H. Wu
16                        Defendant.

17

18

19

20

21

22

23

24

25

26

27

28

---

ORDER ON DEFENDANT'S MOTION TO DISMISS COMPLAINT

On July 27, 2021, this Court entered its Order dismissing the Plaintiff's First Amended Complaint without prejudice.  ECF No. 26.  The Order provided, in part, that "Plaintiff must instead describe or submit what accessibility information was actually on the Defendant's website, give at least a short statement on how that information is insufficient to satisfy the Reservation Rule, and how the inclusion of Defendant's requested information would remedy the problem such that Defendant's website would then satisfy the Reservation Rule." *Id.* "Until Plaintiff has included such information in his complaint, he has failed to provide sufficient factual matter beyond legal conclusions to state a claim."

No amended complaint having been filed, on September 14, this Court issued an Order to Show Cause re Lack of Prosecution.   Pursuant to the Court's OSC, the parties filed a joint statement on September 27.  Plaintiff indicated that there was nothing he could add to the First Amended Complaint and declined to amend.  Defendant requested that the First Amended Complaint now be dismissed *with* prejudice.  On September 30, 2021, this Court held a hearing on its Order to Show Cause re Lack of Prosecution. ECF No. 30.

Based on the representations of the Plaintiff that he was declining to amend, the Court hereby dismisses the First Amended Complaint *with prejudice*.

D.      Conclusion

The Court therefore GRANTS Defendants' motion to dismiss the First Amended Complaint and DISMISSES Plaintiff's claims with prejudice.

**IT IS SO ORDERED.**

Dated: October 19, 2021

_____
HON. GEORGE H. WU,
U.S. DISTRICT JUDGE

ORDER ON DEFENDANT'S MOTION TO DISMISS COMPLAINT